UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MIKE MITSCH and
TERESA MITSCH,

    Plaintiffs,                               CASE NO.: 2:23-cv-00381-JES-KCD

v.

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs, Mike Mitsch and Teresa Mitsch, and Defendant, Liberty Mutual Fire Insurance Company, file this Notice of Settlement and advise the Court that the parties have reached a settlement agreement. The parties are finalizing the settlement and will file the joint stipulation for dismissal as soon as the terms of the settlement are performed.

Respectfully submitted on October 17, 2023.

| Dated: 10/17/2023 | Dated: 10/17/2023 |
|---|---|
| /s/ *Daniel Hernandez* | /s/ *Jamie Combee Novaes* |
| Daniel Hernandez, Esq. | Jamie Combee Novaes, Esq. |
| Schilling & Silvers, PLLC | Butler Weihmuller Katz Craig LLP |
| Florida Bar No.: 98548 | Florida Bar No.: 108447 |
| dhernandez@schillingsilvers.com | jnovaes@butler.legal |
| 1700 Northwest 64th Street, Suite 460 | 400 N. Ashley Drive, Suite 2300 |
| Fort Lauderdale, FL 33309-1801 | Tampa, Florida 33602 |
| Telephone: 954-712-8877 | Telephone: (813) 281-1900 |
| Facsimile: 954-824-2201 | Facsimile: (813) 281-0900 |
| Counsel for Plaintiffs | Counsel for Defendant |

## **CERTIFICATE OF SERVICE**

I certify that on October 17, 2023, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to counsel of record.

*/s/ Jamie Combee Novaes*
JAMIE COMBEE NOVAES, ESQ.